**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Joel D. Mallory, Jr. v. Locker & Lee, P.C.
                         Joel D. Mallory, Jr. v. Arctic Pipe Inspection Co., Inc.

Appellate case number:   01-13-00563-CV
                         01-12-00979-CV

Trial court case number: 2004-06321-B

Trial court:             129th District Court of Harris County

Date motion filed:       April 7, 2014

Party filing motion:     Joel D. Mallory, Jr.

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Harvey Brown
                         ☒ Acting individually     ☐ Acting for the Court

Panel consists of: Justices Jennings, Sharp, and Brown

Date: September 25, 2014